This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LESLIE TOSER,**

Petitioner-Appellee,

v.                                                          **No. 29,305**

**CADMON WHITTY,**

Respondent-Appellant.


**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard L. Lavelle, District Judge**

Barbara Arbuckle
Albuquerque, NM

for Appellee

Cadmon Whitty
Albuquerque, NM

Pro Se Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed disposition. Appellant filed a memorandum in support of the proposed summary

disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Judge**

_____

**ROBERT E. ROBLES, Judge**